Slip Op. 10-19
UNITED STATES COURT OF INTERNATIONAL TRADE

_____
                                    :
AMERICAN FURNITURE                  :
MANUFACTURERS COMMITTEE FOR         :
LEGAL TRADE and VAUGHN-BASSETT      :
FURNITURE COMPANY, INC.             :
                                    :
          Plaintiffs,               :
                                    :     Before:      WALLACH, Judge
     v.                             :     Court No.:   10-00031
                                    :
UNITED STATES et al.                :
                                    :
          Defendants,               :
_____ :

## ORDER

Upon consideration of Plaintiffs' Motion for Temporary Restraining Order and Preliminay [sic] Injunction, Plaintiffs' Motion for Expedited Declaratory Judgment or, in the Alternative, Emergency Injunctive Relief, and Defendants' Motion to Dismiss; the court having reviewed all papers and pleadings on file herein, having heard oral argument by each party, and, after due deliberation, having reached a decision set forth in Slip Op. 10-18; now, in conformity with said decision, it is hereby

ORDERED that Plaintiffs' Motion for Temporary Restraining Order and Preliminay [sic] Injunction is DENIED, and it is further

ORDERED that Plaintiffs' Motion for Expedited Declaratory Judgment or, in the Alternative, Emergency Injunctive Relief is DENIED; and it is further

ORDERED, ADJUDGED, AND DECREED that pursuant to the analysis set forth in the court's decision in Slip Op. 10-18, Plaintiffs' Complaint fails, pursuant to USCIT R. 12(b)(5) to state a claim upon which relief can be granted, and that accordingly, Defendants' Motion to Dismiss be, and hereby is, GRANTED; and it is further

ORDERED, ADJUDGED, AND DECREED that Plaintiffs' Complaint be, and hereby is, DISMISSED.

                                    __/s/ Evan J. Wallach____
                                    Evan J. Wallach, Judge

Dated:  February 17, 2010
        New York, New York